EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: Nelson Vélez Concepción | 2019 TSPR 7 201 DPR ____ |

Número del Caso: TS-15,043

Fecha: 15 de enero de 2019

Abogado del peticionario:

        Por derecho propio

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | | |
|---|---|---|
| In re:<br><br>Nelson Vélez Concepción | TS-15,043 | |

RESOLUCIÓN

En San Juan, Puerto Rico, a 15 de enero de 2019.

Evaluado el Informe Final sobre el estado de obra protocolar incautada presentado por el Lcdo. Manuel E. Ávila De Jesús, Director de la Oficina de Inspección de Notarias (ODIN), y el Escrito en solicitud de reinstalación presentado por el Sr. Nelson Vélez Concepción, se reinstala al señor Vélez Concepción al ejercicio de la abogacía.

Se reactivan las quejas AB-2011-150 y AB-2014-177 y se mantiene la paralización de las mismas hasta tanto culminen los procedimientos ante el Tribunal de Primera Instancia en el caso ISC2013-0413. Esto, según las Resoluciones de 24 de julio de 2013 y de 13 de marzo de 2015 por la que las partes también deben mantener informado a este Tribunal sobre el estado procesal de los casos.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.


José Ignacio Campos Pérez
Secretario del Tribunal Supremo